# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| STEER MACHINE TOOL & DIE CORPORATION, | : | No. 3:18cv204 |
|---|---|---|
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| SS NILES BOTTLE STOPPERS, LLC and RUTH NILES, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 6th day of August 2018, the defendants' motion to dismiss Counts I, II, and V (Doc. 11) is hereby **DENIED**.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**